■ GLENDA GUERRIERI, Respondent, v ROGER GUERRIERI, Appellant. [828 NYS2d 226]—Appeal from an order of the Supreme Court, Oneida County (Samuel D. Hester, J.), entered December 19, 2005. The order, insofar as appealed from, denied defendant's motion to enforce or modify the judgment of divorce and granted in part plaintiff's motion.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Martoche, Centra, Fahey and Pine, JJ.

■ SARAH M. FRANCHER, Respondent, v DONALD J. LONG, Appellant. [828 NYS2d 226]—Appeal from an order of the Onondaga County Court (Anthony F. Aloi, J.), entered May 16, 2005. The order affirmed a judgment of the Justice Court of the Town of Lysander (Claire E. Rutherford, J.), dated September 21, 2004, in favor of plaintiff in a small claims action.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Martoche, Centra, Fahey and Pine, JJ.